UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-7415

———————

RAY DERWOOD SIZEMORE,

Plaintiff - Appellant,

versus

NICHOLAS J. HUN, West Virginia Division of
Corrections; WILLIAM C. DUNCIL, Warden, Hut-
tonsville Correctional Center; J. N. LILLER,
Warden, Pruntytown Correctional Center; ROY
WHITE, Medical Director, Huttonsville Correc-
tional Center; GENE HARLOW, M.D., Pruntytown
Correctional Center; EARNEST HART, M.D., Hut-
tonsville Correctional Center; MOOSA KISMET,
M.D., Huttonsville Correctional Center,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins. Robert Earl Maxwell, Senior
District Judge. (CA-97-6-2)

———————

Submitted: November 19, 1998      Decided: December 3, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

Ray Derwood Sizemore, Appellant Pro Se. Leslie K. Kiser, WEST VIR-
GINIA DEPARTMENT OF CORRECTIONS, Charleston, West Virginia; Mark
Sheridan Brennan, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond,
Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sizemore v. Hun, No. CA-97-6-2 (N.D.W. Va. Sept. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2